

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2017

No. 04-17-00621-CV

**HOLT TEXAS, LTD.** d/b/a Holt Cat and d/b/a Holt Rental Services,
Appellants

v.

**M&M CRUSHED STONE PRODUCTS INC.** and Donald Martinez as Guarantor,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-07186
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The M&M Crushed Stone Productions, Inc.'s second unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to December 18, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court